**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

    vs.                **4:17-CR-00109-01/03-BRW**

**WILL RAY
THOMAS J. FARRIS
JASON BENTON**

ORDER

Pending is the Motion for Continuance (Doc No. 23) filed by separate defendant, Thomas J. Farris. After a review of the Motion, and there being no objection, the Court finds that the Motion should be GRANTED. The trial is removed from the current trial docket of June 27, 2017, and is rescheduled to begin **February 20, 2018, at 9:30 a.m.**

Any delay in commencing the trial of this case occasioned by the continuance ordered herein shall be excludable under the provisions of the Speedy Trial Act, as provided by Title 18, United States Code, Section 3161(h)(7)(A) for defendant, Thomas J. Farris. As to the remaining defendants, any delay in commencing the trial of this case occasioned by the continuance ordered herein shall be excludable under the provisions of Title 18, United States Code, Section 3161(h)(6).

Pursuant to General Order No. 54, counsel for defendants, Barrett Moore, Bill Bristow, Nicki Nicolo and Richard Mays are authorized to bring electronic device(s) to the courthouse for this proceeding.

IT IS SO ORDERED this 12th day of June, 2017.

                                                    /s/Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE