# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

WILL RAY

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:17CR00109-01 BRW

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

BILLY ROY WILSON
Signature of Judge

Billy Roy Wilson - District Judge
Name of Judge          Title of Judge

01/29/2019
Date